IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-61-GF-BMM |
| Plaintiff, | |
| vs. | |
| PRESTON KEITH JACKSON, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 3, 2020. (Doc. 65.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 2, 2020. (Doc. 61.) The United States accused Jackson of violating his conditions of his supervised release by failing to complete his 180-day term at the Billings Residential Reentry Center. (Doc. 56 at 2). At the revocation hearing, Jackson admitted that he had violated the condition of his supervised release by failing to complete his 180-day

term at the Billings Residential Reentry Center. (Doc. 61.) Judge Johnston found that Jackson's violation warranted revocation, and recommended that Jackson receive a custodial sentence of 5 months, with 24 months supervised release to follow. (Doc.65.) Jackson waived his the 14 day objection period and his right to allocute before the undersigned.

The violation proves serious and warrant revocation of Jackson's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 65) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Keith Jackson be incarcerated for 5 month, with 24 months of supervised release to follow.

DATED this 4th day of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court