# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>PRESTON KEITH JACKSON,<br><br>　　　　　Defendant. | CR-11-61-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 10, 2021. (Doc. 77.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 9, 2021. (Doc. 72.) The United States accused Jackson of violating his conditions of supervised release 1) by failing to report for substance abuse testing; 2) by failing to report for substance abuse treatment; and 3) by using marijuana and methamphetamine. (Doc. 70.)

At the revocation hearing, Jackson admitted that he had violated the conditions of his supervised 1) by failing to report for substance abuse testing; 2) by failing to report for substance abuse treatment; and 3) by using marijuana and methamphetamine. (Doc. 72.) Judge Johnston found that the violations Jackson admitted proved to be serious and warranted revocation, and recommended that Stanley receive a custodial sentence of 7 months, with 17 months of supervised release to follow. (Doc 77.) Stanley was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 72.) The violations prove serious and warrant revocation of Jackson's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 77 ) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Preston Keith Jackson be sentenced to the custody of the United States Bureau of Prisons for 7 months, with 17 months supervised release to follow.

DATED this 2nd day of March, 2021.

Brian Morris, Chief District Judge
United States District Court