# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PRESTON KEITH JACKSON, <br><br> Defendant. | **CR-11-61-GF-BMM** <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 26, 2022. (Doc. 92.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 25, 2022. (Doc. 87.) The United States accused Jackson of violating his conditions of supervised release by failing to reside at a place approved by his probation officer. (Doc. 84.)

At the revocation hearing, Jackson admitted that he had violated the conditions of his supervised by failing to reside at a place approved by his probation

officer. (Doc. 87.) Judge Johnston found that the violation Jackson admitted proved to be serious and warranted revocation, and recommended that Jackson receive a custodial sentence of 9 months on each count, to run concurrently, at the Bureau of Prisons' facility in Sheridan, Oregon, with no supervised release to follow. (Doc. 92.) Jackson was advised of his right to appeal and his right to allocute before the undersigned. He waived those rights. (Doc. 87.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 92) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Preston Keith Jackson be sentenced to the Bureau of Prisons for 9 months on each county, with no supervised release to follow. The sentences should run concurrently. Jackson should serve his term of custody at the Bureau of Prisons' facility in Sheridan, Oregon.

DATED this 31st day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court